IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00876-MSK-MEH

ELOISE COFFIN,

        Plaintiff,

v.

LEADING EDGE RECOVERY SOLUTIONS, LLC, a Illinois limited liability company,

        Defendant.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 19th day of May, 2006

                                        **BY THE COURT:**

                                        *Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge